607 A.2d 1

The CELOTEX CORPORATION

v.

Paul BALBOS, Personal Representative
of the Estate of Leslie Balbos et al.

No. 132, Sept. Term, 1991.

Court of Appeals of Maryland.

June 8, 1992.

Drake Zaharris and H. Emslie Parks (John F. Eckhart, Parks, Hansen & Ditch, Towson, Donald J. Gilmore, Parks, Hansen & Ditch, Westminster, all on brief), for petitioner.

Harry Goldman, Jr. (William Beveridge, Jr., Goldman & Skeen, P.A., all on brief), Baltimore, for respondents.

Argued before MURPHY, C.J., ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, and KARWACKI, JJ., and Charles E. Orth, Jr., Judge of the Court of Appeals (retired), Specially Assigned.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 8th day of June, 1992.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.